# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144155 & (57)

TRACY SNEAD,
     Plaintiff-Appellee,

v

JOHN CARLO, INCORPORATED and
STATE FARM MUTUAL INSURANCE
COMPANY,
     Defendants,

and

TRACY SNEAD,
     Plaintiff-Appellee,

v

STATE FARM MUTUAL INSURANCE
COMPANY,
     Defendants-Appellant.

_____

SC:   144155
CoA: 298575
LC:   09-000161-NO

SC:   144155
CoA: 298575
LC:   09-000025-ND

     On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is dismissed with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk